**EXHIBIT 1**

# United States of America
### United States Patent and Trademark Office

# COPPER MOON

| | |
|---|---|
| **Reg. No. 2,891,961** | COPPER MOON COFFEE, LLC (INDIANA LIMITED LIABILITY COMPANY) |
| **Registered Oct. 5, 2004** | 1503 VETERANS MEMORIAL PKWY EAST LAFAYETTE, IN 47905 |
| **Amended Feb. 10, 2015** | FOR: COFFEE, IN CLASS 30 (U.S. CL. 46). |
| **Int. Cl.: 30** | FIRST USE 6-1-2003; IN COMMERCE 6-1-2003. |
| **TRADEMARK** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| **PRINCIPAL REGISTER** | SER. NO. 78-224,489, FILED 3-12-2003. |



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office