**EXHIBIT 2**

