10/30/24, 2:19 PM — Ohio coffee shop sparks furious debate with policy banning customers from buying homeless people coffee | Daily Mail Online



Home | Showbiz | TV | **Politics** | Femail | Royals | Sports | Health | Science | Money | U.K. | Video | Travel | Puzzles | Shopping

US Elections 2024 | Poll Tracker | Donald Trump | Kamala Harris | Joe Biden | Path to Victory | Politics Newsletter | Breaking News | Login

○ Site  ○ Web   Enter your search

# Ohio coffee shop sparks furious debate with policy banning customers from buying homeless people coffee

By **SONYA GUGLIARA FOR DAILYMAIL.COM**
**PUBLISHED:** 14:05 EDT, 30 September 2024 | **UPDATED:** 14:20 EDT, 30 September 2024

**8** shares    **91** View comments

A Cleveland coffee shop sparked a heated debate with when an employee told a customer they were not allowed to buy a coffee for a **homeless** person.

The Copper Moon allegedly has a policy that bans customers from giving purchased goods to the homeless people loitering around the shop, according to an employee who was recorded in a **TikTok**.

In the August TikTok posted by @superheroeveryday2, a barista explains he is not able to sell her a coffee if she plans on giving it to a homeless person.

He claimed: 'I will lose my job.

'The policy is that that causes trouble for our employees because it has people harassing customers out front.'

## TOP STORIES

**Jimmy Kimmel's 19-minute anti-Trump rant immediately backfires**
The late show host delivered an almost 20-minute monologue


**MAUREEN CALLAHAN: Biden just exposed Kamala's dirty secret. Now it's time to take out the real 'garbage', America**


**Legendary astronaut Buzz Aldrin, 94, reveals who he's voting for in 2024 election**


**ABC 'mistakenly' airs election results sparking wild conspiracy theories**


**Everyone is saying the same thing about behind-the-scenes footage of Trump watching Kamala's address**


**Arnold Schwarzenegger makes rare presidential endorsement**
The former governor has announced who he's supporting


**Poll reveals if the Puerto Rico 'island of garbage' joke has damaged Trump**


**Do YOU wake up at 3am every night? Science guru reveals why so many people do… and how to beat the problem**


Travel experts reveal why you never want to

10/30/24, 2:19 PM
Ohio coffee shop sparks furious debate with policy banning customers from buying homeless people coffee | Daily Mail Online
Case: 1:24-cv-01910-BMB Doc #: 1-4 Filed: 10/31/24 2 of 5. PageID #: 23




see these four letters printed on your boarding pass


Halifax Walmart where girl, 19, 'baked to death' in oven can now reopen

Steve Bannon: I survived prison because my life's been nothing like Hunter Biden's - he won't last two days

Subtle signs in your legs that indicate high cholesterol and heart attack risk


Grim warning to stay out of balmy waters off paradise Hawaii island

Audrey Landers, 68, played the devilish vixen on Dallas and The Love Boat - see her now

Audrey Landers had an amazing career in the 1980s

Nina Dobrev and Shaun White engaged! Actress shows off ring after saying 'yes' to boyfriend of five years

The couple announced their betrothal

Rob Gronkowski knows viral Yankees fan who grabbed Mookie Betts and calls him a 'maniac' and 'an animal'


Jeff Bezos shows progressive Washington Post staff what he thinks of their rage for refusing to endorse Kamala

Glamorous female cop's outrageous gala antics get her suspended from work


Polling 'Nostradamus' tells voters to ignore

+4
View gallery

TikTok user @superheroeveryday2 recorded her interacted with a Copper Moon barista who told her she could not buy a coffee for a homeless person

10/30/24, 2:19 PM  Ohio coffee shop sparks furious debate with policy banning customers from buying homeless people coffee | Daily Mail Online

Case: 1:24-cv-01910-BMB Doc #: 1-4 Filed: 10/31/24 3 of 5. PageID #: 24



+4
View gallery

**A barista served coffee to four coffee shop customers (stock image)**

TRENDING

| Jimmy Kimmel's 19 minute anti-Trump rant backfires with viewers | Biden just exposed Kamala's dirty secret | Everyone says the same thing about footage of Trump watching Kamala |
|---|---|---|
| 16.5k viewing now | 11.7k viewing now | 7.7k viewing now |

In the caption, @superheroeveryday2 wrote: 'He witnessed me speaking to a homeless man and the first thing he said is if the coffee is for him I cannot serve you.'

She went on to tell the barista that she did not feel threatened or harassed.

While filming, she kept the camera focused on the counter and did not show the barista's face.

The employee allegedly asked the customer why the homeless man doesn't get a job 'like the rest of us', according to her caption.

The Copper Moon did not respond to DailyMail.com's requests for comment.

For @superheroeveryday2, this policy came as a massive shock - she could not believe that she was told what to do with her purchase.

polls and have faith in his prediction for 2024 winner

▶ **Kristin Cavallari names celebrity chef she turned down after he slid into her DMs**
The 37-year-old media personality revealed the truth bomb



▶ **Revealed: Jared Kushner's blunt response when he's asked if Ivanka Trump will join dad Donald's Presidential campaign in the final stretch**

▶ **People are all saying the same thing about Elon Musk's 'creepy' new $35 million estate**
The Tesla founder, 53, splashed out $35 million on a sprawling estate

▶ **CNN host Kaitlan Collins lambasts top Dem for trying to downplay Biden's 'Trump supporters are garbage' slur**



▶ **Appalling behavior of glamorous Utah wife after she got her mother 'to help her murder her husband'**

▶ **Hamptons hotel murder twist: Sugar daddy kills himself after fleeing luxury resort where 'muse' was found dead**

▶ **ANDREW NEIL: If Trump does win, it'll be thanks to a simply staggering failure (and, really, Kamala should have seen it coming!)**

▶ EXCLUSIVE **The truth about Wallis Simpson, her infamous 'Shanghai grip' technique in the bedroom, her facist lover, X-rated pictures… and other wild rumors from her year in China**

▶ **Mother's revenge on 'Cabo 6' women who brought daughter on vacation then 'beat her to death'**

**Jenna Dewan's fiancé seemingly LAUGHS at**

10/30/24, 2:19 PM  Ohio coffee shop sparks furious debate with policy banning customers from buying homeless people coffee | Daily Mail Online

Case: 1:24-cv-01910-BMB Doc #: 1-4 Filed: 10/31/24 4 of 5. PageID #: 25



+4
View gallery

**The Copper Moon coffee shop is located in Cleveland, Ohio**

But the issue was not as one-sided in the post's comment section, where over 8,600 users shared their opinions on the matter.

Some users quickly came to the barista's defense. One user said, 'If you work in fast service food you understand.'

Another user chimed in with their personal experiences: 'I had to tell customers to stop buying a guy stuff because he would hang out in the front the whole time and when people told him no, he would follow them around calling them names.'

People explained that a lot of the times, employees are given pressure from their managers to enforce these kinds of policies.

There were comments expressing understanding of both sides of the argument.

Someone added that 'as someone in the food industry I understand' but 'as a human I don't.'

Others said that she has the right to do whatever she likes with her money, so if that means buying something for a homeless man, that does not concern the business.



▸ **Channing Tatum and Zoë Kravitz breakup in bizarre post**
Steve Kazee shared a cryptic post

▸ **Has The Simpsons predicted who'll win next week's presidential election?**
It's the longest-running animated series in history

▸ **Bride-to-be and family-of-four are killed in horror fireball crash as fiancé is left sole survivor**



▸ **Beauty queen claims Donald Trump groped her after luring her back to suite at New York's Plaza Hotel**



▸ **Julianne Hough does another eye-popping striptease that shows off her bra and underwear**
It was for DWTS' Halloween night

▸ **Kari Lake shocks fans with dramatic makeup**
Arizona Republican Senate nominee Kari Lake is drawing some serious attention

▸ **Amazon sparks fury by removing a popular Prime perk: 'Cancelling'**



▸ EXCLUSIVE **Reese Witherspoon's stark warning to new man Oliver Haarmann as she tries to avoid 'false expectations' after two divorces**



▸ **McDonald's fans rejoice as company wins legal battle to fix 'one of life's greatest nuisances'**

▸ **Disappearance of girl, 17, who vanished in 2009 is set to be solved by new documentary**

Case: 1:24-cv-01910-BMB Doc #: 1-4 Filed: 10/31/24 5 of 5. PageID #: 26



+4
View gallery

**A barista handed a customer a coffee through a drive-thru (stock image)**

According to another comment @superheroeveryday2 left, she ended up buying the coffee and just giving it to the homeless man anyway.

She posted a follow-up video including a Google Review comment that The Copper Moon responded to.

The comment reads: 'Don't understand why your employees are stating that as customers we can't buy homeless people items from this place.'

The Copper Moon wrote back that a homeless person steals tips and 'defecates on the sidewalk.'

'You don't understand what led to this point.'

Ohio    TikTok

**Share or comment on this article: Ohio coffee shop sparks furious debate with policy banning customers from buying homeless people coffee**

**8**
shares

Add comment


▸ **Linda Evangelista, 59, poses with son Augustin, 18, and his stepmother Salma Hayek, 58**
Linda's son with French billionaire Henri Pinault


▸ **Sophie Turner opens up about 'beautiful relationship' with Joe Jonas as she admits their divorce was 'incredibly sad'**
The actress is 28


▸ **Channing Tatum's puzzling last post about Zoe Kravitz just hours before blindsiding public with split**
The couple has split after two years together

▸ **Trump aide Margo Martin reveals horror of assassination attempt as new footage shows her fleeing carnage**

▸ **Meghan Markle's Suits co-star Patrick J Adams shares previously unseen photo of the Duchess while filming**
The Duchess of Sussex's past life in the series

▸ **Gabrielle Union, 52, poses nude as she celebrates being 'confident' on her birthday**
Posed in her birthday suit

▸ **Pregnant mom sparks heated debate after revealing her family-of-six lives in a one-bedroom apartment**

▸ **Putin 'is caught out by Strava exercise app data proving he DOES secretly own £1billion Black Sea palace'**


▸ EXCLUSIVE **The 'red-flag clues' Channing Tatum and Zoë Kravitz's were set to split - with couple putting in 'little effort' in last sighting before calling off engagement**

▸ **Chilling new video of beloved Atlanta doctor, 70, shows moments before he opened fire from Four Seasons tower**