

  Find related content    Search

Reply   Like

Copper Moon Coffee 🚀

**Copper Moon Coffee**
Indianapolis

10 comments                                              ✕

**Copper Moon Coffee** 🚀

Thank you so much for sharing. As you mentioned, we have sent them multiple cease and desist letters as are not affiliated with them whatsoever.

16h   Reply        ♡ 79   👎

**Nyla Pooh Sonography** 👩🏽‍🎓🦋

Damn I'm sorry yall are going through this but maybe this will be the boost that helps end this mess

10h   Reply                    ♡ 3   👎

**DaRealKMC**

Oop you better clock it ❤️

11h   Reply              ♡ 2   👎

💀

this is such a jump over a person not





## Comments 37    Likes 15

**guttabhabyspam**
smh i really enjoyed yalls coffee too 😑 not no more since its against my policy.

17h   Reply    ♡ 2

**Copper Moon Coffee** 🚀 · Creator
We have no affiliation with that cafe in Cleveland and have sent them multiple cease and desist letters for using our name. We are a family owned roastery in Indiana and have no coffee shop locations.

16h   Reply    ♡ 4

— View 6 replies ⌄

💁🏽‍♀️
don't support this business yall

17h   Reply    ♡ 2



drinks    Search

**Crispy Coke Zero** 😍

**Comments 37**    Likes 15

View 2 replies



**Mahogany Amil**

where's the policy about feeding the homeless ?

17h   Reply                     ♡ 1     👎



**Copper Moon Coffee** 🚀 · **Creator**

We have no affiliation with that cafe in Cleveland and have sent them multiple cease and desist letters for using our name. We are a family owned roastery in Indiana and have no coffee shop locations.

16h   Reply                    ♡ 2     👎



**justkaitlynr**

This specific company is not against it! They aren't affiliated with that shit shop in Ohio 😩 just same name

16h   Reply          ♥ 1     👎

< | 🔍 #coffee | Search

**Comments 18** | Likes 2


🌹 **Christina** 🌹
🤮🤮🤮🤮🤮

17h Reply ♡ 3


**Copper Moon Coffee** 🚀 · Creator

We have no affiliation with that cafe in Cleveland and have sent them multiple cease and desist letters for using our name. We are a family owned roastery in Indiana and have no coffee shop locations.

16h Reply ♡ 6


🤍🧿💙

So why can't a homeless person have coffee like the rest of us. Just disgusting behavior

17h Reply ♡ 9


**Copper Moon Coffee** 🚀 · Creator

We have no affiliation with that cafe in



 **Copper Moon**
Cleveland

**2,988 comments** 

 **Mels** 💌

@Copper Moon Coffee 🚀 DISGUSTING!!!!

15h  Reply    

 **Copper Moon Coffee** 🚀

We have no affiliation with that cafe in Cleveland and have sent them multiple cease and desist letters for using our name. We are a family owned roastery in Indiana and have no coffee shop locations.

15h  Reply    ♡1 

—— Hide ︿



**dae e**
2 reviews

★☆☆☆☆ 23 hours ago  **NEW**

Told me that I was to black to drink coffee here

**Food:** 1/5 | **Service:** 1/5 | **Atmosphere:** 1/5



**Alijah Rose**
1 review

★★★★★ 20 hours ago  NEW

Service: 1/5

    



### trinityraynee

2.1K followers · 2 posts

You don't follow each other on Instagram

**View profile**

YESTERDAY 5:31 PM

 what's your policy for buying coffee for the homeless?

> We are aware of the incident you are referring to - we have no affiliation with that cafe in Cleveland and have sent them multiple cease and desist letters for using our name. We are a family owned roastery in Indiana and have no coffee shop locations.

 my apologies! thanks for having a non karen business

❤️

 Message...