**EXHIBIT 5**

# The Copper Moon

810 likes • 830 followers

Message | Like | Search

Posts | About | Mentions | Reviews | Followers | Photos | More ▾

## Intro

Not affiliated with the coffee roaster, Copper Moon Coffee, LLC, of Lafayette Indiana, or its produc

**Page** · Coffee shop

1127 Euclid Ave Ste 104, Cleveland, OH, United States, Ohio

(216) 296-9281

clevelandcoppermoon@gmail.com

clevelandcoppermoon.net

Open now ⌄

Price Range · $

92% recommend (38 Reviews)

## Featured

The Copper Moon
November 25, 2019

We know this is long overdue, but for anyone who has not been to our shop in awhile, our shop is now facing Euclid...

Posts

Filters

